Jacqueline Harmon
In Pro Per
PO Box 1584
Redway, CA 95560

Tel: (707) 223-1776

Debtor in Pro-Per

FILED
AUG 19 2011
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JACQUELINE HARMON      Case No 10-14480

Debtor      Chapter: 13

_____/

SUBSTITUTION OF ATTORNEY

Please take notice that Debtor makes the following substitution of attorney. The new attorney of record is:

Jacqueline Harmon
In Pro Per
PO Box 1584
Redway, CA 95560
Tel: (707) 223-1776

The new attorney is substituted as attorney of record in place of former attorney:

Evan Livingstone, SBN 252008
740 Fourth St #215
Santa Rosa, CA 95404

I, the Debtor consent to this substitution:

Date    July 27, 2011      /s/Jacqueline Harmon   July-27-2011
                                          Jacqueline Harmon, Debtor

Old Attorney of Record
Date    July 27, 2011

_Evan Livingstone_
Evan Livingstone, SBN 252008

10-14154 - Substitution of Attorney

Case: 10-14480    Doc# 42    Filed: 08/19/11    Entered: 08/19/11 17:53:39    Page 1 of 1